441 A.2d 451

Commonwealth v. Brant, Appellant.

Submitted January 19, 1981.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.